HEATHER E. WILLIAMS, Bar #122664
Federal Defender
JEROME PRICE, SBN # 282400
Chief Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 1:19-CR-00066-DAD |
|---|---|---|
| *Plaintiff,* | ) ) | **APPLICATION AND ORDER APPOINTING COUNSEL** |
| vs. | ) ) | |
| VICENTA MEDRANO, | ) ) | |
| *Defendant.* | ) ) ) | |

Defendant, Vicenta Medrano, through the Federal Defender for the Eastern District of California, hereby requests appointment of counsel for assistance in seeking early termination of her supervised release.

On June 11, 2010, Ms. Medrano was sentenced to 120 months in custody followed by 5 years of supervised release with conditions. She began serving her term of supervised release on August 4, 2017. Ms. Medrano submits the attached Financial Affidavit as evidence of her inability to retain counsel at this time. After reviewing Ms. Medrano's Financial Affidavit, it is respectfully recommended that counsel be appointed.

DATED: February 22, 2022             */s/ Jerome Price*
                                      JEROME PRICE
                                      Chief Assistant Federal Defender

**O R D E R**

Having satisfied the Court that the defendant Vicenta Medrano is financially unable to retain counsel at this time, the Court hereby appoint counsel pursuant to 18 U.S.C. § 3006A.

IT IS SO ORDERED.

Dated: **February 22, 2022**         /s/ *Barbara A. McAuliffe*
                                        UNITED STATES MAGISTRATE JUDGE